1  **SO. CAL. EQUAL ACCESS GROUP**
　　Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
　　101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
　　Telephone: (213) 252-8008
4  Facsimile: (213) 252-8009
　　scalequalaccess@yahoo.com
5
　　Attorneys for Plaintiff, DENNIS COOPER
6

7

8　　　　　　　　**UNITED STATES DISTRICT COURT**

9　　　　　　　　**CENTRAL DISTRICT OF CALIFORNIA**

10

11  DENNIS COOPER,

12　　　　　　Plaintiff,　　　　　　　**Case No.: 5:22-cv-01973-JGB (SHKx)**

13　　　vs.

14  GRAND VIEW PROPERTY, LLC; and　　**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

15  DOES 1 to 10,

16　　　　　　Defendants.

17

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff DENNIS COOPER ("Plaintiff") and Defendant GRAND VIEW PROPERTY, LLC, stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. The parties shall bear their own costs and attorneys' fees.

                                                Respectfully submitted,

DATED: February 10, 2023        SO. CAL. EQUAL ACCESS GROUP

                                        By:   */s/ Jason J. Kim*
                                               Jason J. Kim
                                               Attorneys for Plaintiff

Dated: February 10, 2023        BLEAU FOX, A P.L.C.

                                        By:  */s/ Lana Lukyanov*
                                               Lana Lukyanov,
                                               Attorney for Defendant,
                                               GRAND VIEW PROPERTY, LLC

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 10, 2023        By: */s/ Jason J. Kim*
                                                   Jason J. Kim